**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NAYLOR GARDENS COOPERATIVE HOUSING ASSOCIATION,<br>*Plaintiff*,<br>v.<br>JEFFREY CHARLES & ASSOCIATES, INC.,<br>*Defendant*. | Civil Action No. 1:26-CV-00244-SLS |

**ORDER**

This Court, having considered the Motion to Dismiss by Defendant Jeffrey Charles & Associates, Inc, (the "Motion"), the Opposition thereto and the record herein, it is this __ day of ______________ 2026, hereby

**ORDERED**, that the Motion shall be, and hereby is, **DENIED**;

**SO ORDERED**.

______________________________
SPARKLE L. SOOKNANAN
United States District Judge

Copies to: All Counsel of Record