NAYLOR GARDENS COOPERATIVE HOUSING ASSOCIATION
2725 30th St. S.E.
Washington, D.C. 20020

June 28, 2023

*Via Certified Mail and email to*
Mario Lloyde
Vision Realty Management, LLC
11000 Broken Land Parkway
Suite #410
Columbia, MD 21044

Re: Naylor Garden Cooperative Housing Association
Return of Operating Account and other funds

Dear Mario:

I am writing to you in my capacity as President of Naylor Gardens Cooperative Housing Association ("NGCHA"). As you are aware, Vision Realty Management, LLC ("VRM") terminated its services as the property manager for NGCHA effective June 1, 2023. NGCHA has since retained the services of Jeffery Charles & Associates, Inc. to take over this role.

Since the transition, Jeffrey Turner, president of Jeffrey Charles, has repeatedly requested that VRM return the operating account funds held at Capital One, along with all bank statements beginning January 1, 2023. On June 21, 2023, you advised Mr. Turner that the funds, as well an accounting, would be returned within one week. A week has since passed, and we have yet to receive any funds or financial documentation to support expenditures made by VRM during that time period.

This letter now serves as a formal demand for the immediate return of the funds held in the aforementioned operating account, as well as any other funds belonging to Naylor Gardens such as but not limited to security deposits or escrow funds and sufficient documentation for an experienced CPA to confirm the propriety and amount of any payments made by VRM since January 1, 2023. Such action is necessary to provide the financial transparency and accountability expected by NGCHA's members and cannot be delayed further.

We hope that this matter can be resolved promptly and amicably. However, if we do not receive the funds and requested financial documents by **July 5, 2023**, we will refer this matter to our general counsel to take legal action.

If you have any questions regarding this matter, please contact Mr. Turner at or (703) 924-5900.

EXHIBIT D

Sincerely,

Board of Directors for Naylor Gardens Cooperative Housing association
DAVID MUIR,
PRESIDENT

cc:

David H. Cox, Esq. ( )
Jamie K. Blair, Esq. ( )
Jeffrey Turner ( )