**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NAYLOR GARDENS COOPERATIVE HOUSING ASSOCIATION,

*Plaintiff,*

v.

JEFFREY CHARLES & ASSOCIATES, INC.,

*Defendant.*

JEFFREY CHARLES & ASSOCIATES, INC.,

*Third-Party Plaintiff,*

v.

VISION REALTY MANAGEMENT, LLC

*Third-Party Defendant.*

Civil Action No. 1:26-CV-00244-SLS

**[Proposed] ORDER**

Upon consideration of the Parties' Local Rule 16.3 Report, the Court hereby ORDERS that the following schedule shall govern further proceedings in this case:

1. The parties shall exchange initial disclosures no later than sixty (60) days after entry of this Order.

2. The deadline for joinder of parties, or the amendment of pleadings shall be ninety (90) days after the entry of this Order.

3. The deadline to complete discovery shall be 270 days after the Court enters this Order.

4. The deadline for Proponents' disclosures concerning experts under Rule 26(a)(2) shall be 150 days after the Court enters this Order; Opponents' disclosures concerning experts shall be 180 days after the Court enters this Order.

5. The deadline for post-discovery summary judgment motions is forty-five (45) days after the close of discovery.

6. Briefs in opposition to motions for summary judgment shall be due fourteen (14) days after the deadline for post-discovery summary judgment motions.

7. Replies in support of motions for summary judgment shall be due seven (7) days after briefs in opposition are filed.

8. A pretrial conference is scheduled for 60 days after the Court rules on any motions for summary judgment. The Court will schedule the trial at the pre-trial conference.

9. The parties are subject to the following limitations on discovery:

    a. Each party is limited to thirty (40) interrogatories, including subparts;

    b. **[Plaintiff & Third-Party Defendant's Proposed Language:]** Each party is limited to ten (10) depositions, subject to amendment by agreement of the Parties or by leave of Court; and **/ [Defendant's Proposed Language:]** Each party has no limit on the number of depositions, however either party may

petition the Court for a limit following the exchange of Initial Disclosures; and

c. Responses to interrogatories, requests for documents, and requests for admissions shall be served no later than thirty (30) days after receipt, subject to reasonable extensions agreed upon between the Parties.

These deadlines shall not be altered absent an order of this Court.

SO ORDERED

Date: ___________________ ____________________________

United States District Judge

Copies to: All counsel of record